UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

-against-

21 -**CR**- 353

Brian Harrell

Defendant(s).
-----------------------------------------------------------------X

Defendant **Brian Harrell** _____ hereby voluntarily consents to
participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer


*Brian Harrell* _____            *Joey Jackson* _____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Brian Harrell** _____           **Joey Jackson** _____

Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____ 5/26/21 _____                            _____

Date                                           U.S. District Judge/U.S. Magistrate Judge