UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA             :
                                    :
       -against-                     :          ORDER
                                    :
       Brian Harrell                 :
                                    :         21 Cr. 353(RA)
                                    :         ---------------
                                    :            Docket #
------------------------------------x
```

__Ronnie Abrams__, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __William Harrington__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __6-9-21__.

**SO ORDERED**.

_[signature]_

**UNITED STATES DISTRICT JUDGE**

June 9, 2021
**Dated:  New York, New York**