

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Brian Harrell,* **21 Cr. 353 (RA)**

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 29, 2021

Dear Judge Abrams:

      The Government understands that, in light of an ongoing trial, the conference currently scheduled for July 30, 2021, will be adjourned to August 6, 2021, at 12:00 PM. The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 30 through the date of the rescheduled conference. Such additional time will permit the defendant to continue reviewing discovery, and allow further time for any discussions among the parties regarding a potential pretrial resolution. The Government has conferred with counsel for the defendant, who consents to the exclusion of time.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

By: *s/ Jarrod L. Schaeffer*

      Marguerite B. Colson
      Jarrod L. Schaeffer
      Assistant United States Attorneys
      Tel.:  (212) 637-2587 / 2270

cc:     Counsel of Record (via ECF)