

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2021

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The conference is adjourned to October 12, 2021 at 2:00 p.m. Time is excluded until October 12, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> September 14, 2021

Re:  *United States v. Brian Harrell,* 21 Cr. 353 (RA)

Dear Judge Abrams:

The Government writes on behalf of both parties to respectfully request that the upcoming status conference in this case, which is currently scheduled for September 17, 2021, at 12:00 PM, be adjourned for approximately three weeks to a date convenient for the Court. The purpose of the adjournment is to permit the parties to continue discussions concerning a potential pretrial resolution of this matter. There have been no prior adjournment requests.

The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 17 through the date of the rescheduled conference to allow additional time for the parties' discussions. The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *s/ Jarrod L. Schaeffer*

Marguerite B. Colson
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2587 / 2270

cc:   Counsel of Record (via ECF)