**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

BRIAN HARRELL,

Defendant.

No. 21-CR-353 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Monday October 25, 2021 at 11:00 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   October 22, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge