

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

**By ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to January 5, 2022 at 12:00 p.m. Time is excluded until January 5, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 24, 2021

Re:   *United States v. Brian Harrell,* 21 Cr. 353 (RA)

Dear Judge Abrams:

    The Government writes on behalf of both parties to respectfully request that the upcoming status conference in this case, which is currently scheduled for December 2, 2021, be adjourned for approximately three weeks to a date convenient for the Court. The purpose of the adjournment is to permit the parties to continue discussions concerning a potential pretrial resolution of this matter. There have been two prior adjournment requests, which were granted by the Court on September 14, 2021, and October 8, 2021.

    The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 2 through the date of the rescheduled conference to allow additional time for the parties' discussions. The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: *s/ Jarrod L. Schaeffer*

Marguerite B. Colson
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.:  (212) 637-2587 / 2270

cc:     Counsel of Record (via ECF)