

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

July 28, 2022

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 28, 2022

Re:     **United States** v. **Brian Harrell**, 21 Cr. 353 (RA)

Dear Judge Abrams:

     I represent Brian Harrell in the above referenced matter. At Mr. Harrell's sentencing on July 22, 2022, I requested that the Court order Pretrial Services to release Mr. Harrell's passport. Your Honor directed me to file a letter memorializing the request so that a so-ordered version of the order could be provided to pretrial.

     Accordingly, I respectfully request that the Court order Pretrial Services to release Mr. Harrell's passport to him.

Respectfully submitted,

     /s/ William J. Harrington

William J. Harrington

Cc by ECF:     AUSA Margeurite B. Colson